[No. 12163–8–II.   Division Two.   November 17, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK E. SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 88–1–00461–9, Thomas R. Sauriol, J., entered July 26, 1988. *Affirmed* by unpublished opinion per Pearson, J. Pro Tem., concurred in by Dolliver and Schumacher, JJ. Pro Tem.

[No. 11691–0–II.   Division Two.   November 17, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY L. WELCH, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 87–1–00077–0, James B. Sawyer II, J., entered January 4, 1988. *Affirmed* by unpublished opinion per Pearson, J. Pro Tem., concurred in by Utter and Wieland, JJ. Pro Tem.

[No. 22004–7–I.   Division One.   November 20, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY PURDY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87–1–03139–6, George T. Mattson, J., entered March 2, 1988. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Coleman, C.J., and Swanson, J.

[No. 22335–6–I.   Division One.   November 20, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN ROUTT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87–1–03954–1, Mary Wicks Brucker, J., entered May 5, 1988. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Scholfield and Winsor, JJ.